IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT KIELKUCKI,                          :         CIVIL ACTION
                                          :
              Plaintiff,                  :
                                          :
       v.                                 :
                                          :         NO. 13-5461
CAROLYN W. COLVIN,                        :
Acting Commissioner of                    :
Social Security,                          :
                                          :
              Defendant.                  :

ORDER

J. CURTIS JOYNER, J.,

       AND NOW, this 2ⁿᵈ day of September, 2015, upon consideration of the

Plaintiff's Request for Review, Defendant's Response thereto, and Plaintiff's Reply, and after

careful review of the Report and Recommendation of United States Magistrate Judge Marilyn

Heffley, IT IS HEREBY ORDERED that:

       1.  The Report and Recommendation is APPROVED and ADOPTED.

       2.  The Plaintiff's Request for Review is GRANTED IN PART, and the matter is

REMANDED for further review consistent with the Report and Recommendation.

BY THE COURT:

J. CURTIS JOYNER, J.